880

No. 977.  KING COUNTY ET AL. v. WASHINGTON CHOC-OLATE Co.  April 23, 1945.  Petition for writ of certiorari to the Supreme Court of Washington denied.  *Smith Troy*, Attorney General, *Edwin C. Ewing*, Assistant Attorney General, and *Mr. Floyd M. Reischling* for petitioners.

No. 1014.  VIATOR v. STONE, CHAIRMAN, STATE TAX COMMISSION, ET AL.  April 23, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Albert Sidney Johnston, Jr.* for petitioner.

No. 1028.  GREEN ET AL. v. ANCHOR MILLS Co.  April 23, 1945.  Petition for writ of certiorari to the Supreme Court of North Carolina denied.  *Mr. J. F. Flowers* for petitioners.  *Mr. Whiteford S. Blakeney* for respondent.

No. 1032.  ROCKTON & RION RAILROAD v. WALLING, ADMINISTRATOR.  April 23, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. John M. Hemphill* for petitioner. *Solicitor General Fahy, Mr. Douglas B. Maggs* and *Miss Bessie Margolin* for respondent.

No. 1045.  COMPANHIA ANTARCTICA PAULISTA v. COE, COMMISSIONER OF PATENTS.  April 23, 1945.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Mr. Gilbert P. Ritter*